UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON

CRIMINAL ACTION NO. 6:07-71-KKC

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| v. **ORDER** | |
| DEBBIE McFARLAND, | DEFENDANT |

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the recommended disposition of the magistrate judge (DE 130). In the recommendation, the magistrate judge notes that defendant Debbie McFarland has stipulated to three violations of her supervised release conditions. The magistrate judge recommends that the Court find her guilty of all three violations and that it sentence her to a prison term of 18 months, with three years of supervised release to follow. No party has filed objections to the recommendation and the defendant has waived her right to appear before the district judge and to make a statement and present mitigating information (DE 132).

Accordingly, the Court hereby ORDERS that the recommended disposition is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation. The Court further ORDERS that the sentencing hearing set for March 25, 2019 is CANCELED. Dated March 20, 2019.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY